```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    SOCORRO TORRES-PERALTA
 7

 8
```

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00230-MCE |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS CONFERENCE |
| | ) | |
| SOCORRO TORRES-PERALTA, | ) | |
| | ) | Date: August 26, 2010 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Morrison C. England, Jr. |
| _____ | ) | |

   IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant SOCORRO TORRES-PERALTA, that the status conference of August 12, 2010 be vacated, and the matter be set for status conference on August 26, 2010 at 9:00 a.m.

   The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

///

IT IS STIPULATED that the period from the signing of this Order, up to and including the August 26, 2010 status conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated: August 10, 2010

                              Respectfully submitted,

                              DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*
_____
DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
SOCORRO TORRES-PERALTA

Dated: August 10, 2010

                              BENJAMIN B. WAGNER
United States Attorney

*/s/ Michele Beckwith*
_____
By:  Michele Beckwith
Assistant U.S. Attorney

1 **ORDER**

2 UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
3 ordered that the status conference presently set for August 12, 2010, be
4 continued to August 26, 2010 at 9:00 a.m.  Based on the representation of
5 defense counsel and good cause appearing therefrom, the Court hereby
6 finds that the failure to grant a continuance in this case would deny
7 defendant reasonable time necessary for effective preparation, taking
8 into account the exercise of due diligence.
9 The Court finds that the ends of justice to be served by granting a
10 continuance outweigh the best interests of the public and the defendant
11 in a speedy trial.  It is ordered that time from the date of this Order,
12 to and including, the August 26, 2010 status conference shall be excluded
13 from computation of time within which the trial of this matter must be
14 commenced under the Speedy Trial Act pursuant to 18 U.S.C. §
15 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to
16 prepare.

17 Dated: August 12, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE