DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
SOCORRO TORRES-PERALTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-cr-00230-MCE |
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | ) ) | |
| SOCORRO TORRES-PERALTA, | ) ) | Date:  September 9, 2010 |
| Defendant. | ) ) ) | Time:  9:00 a.m. Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant SOCORRO TORRES-PERALTA, that the status conference of August 26, 2010 be vacated, and the matter be set for status conference on September 9, 2010 at 9:00 a.m.

The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

///

///

1    IT IS STIPULATED that the period from the signing of this Order, up

2    to and including the September 9, 2010 status conference, be excluded in

3    computing the time within which trial must commence under the Speedy

4    Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,

5    for ongoing preparation of counsel.

6    Dated: August 24, 2010

7                                    Respectfully submitted,

8                                    DANIEL BRODERICK
                                     Federal Defender
9

10                                   */s/ Douglas Beevers*
                                     _____
11                                   DOUGLAS BEEVERS
                                     Assistant Federal Defender
12                                   Attorney for Defendant
                                     SOCORRO TORRES-PERALTA
13

14   Dated: August 24, 2010

15                                   BENJAMIN B. WAGNER
                                     United States Attorney
16

17                                   */s/ Michele Beckwith*
                                     _____
18                              By:  Michele Beckwith
                                     Assistant U.S. Attorney
19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2      UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is

3   ordered that the status conference presently set for August 26, 2010, be

4   continued to September 9, 2010 at 9:00 a.m.  Based on the representation

5   of defense counsel and good cause appearing therefrom, the Court hereby

6   finds that the failure to grant a continuance in this case would deny

7   defendant reasonable time necessary for effective preparation, taking

8   into account the exercise of due diligence.  The Court finds that the

9   ends of justice to be served by granting a continuance outweigh the best

10  interests of the public and the defendant in a speedy trial.  It is

11  ordered that time from the date of this Order, to and including, the

12  September 9, 2010 status conference shall be excluded from computation of

13  time within which the trial of this matter must be commenced under the

14  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code

15  T-4, to allow defense counsel time to prepare.

16

      Dated: August 26, 2010

17

18  _____

19  MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28