1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorney for Defendant
   SOCORRO TORRES-PERALTA
7

8

9                IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,        ) No. CR-S-10-00230-MCE
                                    )
13             Plaintiff,           )
                                    ) STIPULATION AND ORDER TO CONTINUE
14      v.                          ) STATUS CONFERENCE
                                    )
15 SOCORRO TORRES-PERALTA,          )
                                    ) Date:  September 23, 2010
16             Defendant.           ) Time:  9:00 a.m.
                                    ) Judge: Hon. Morrison C. England, Jr.
17 _____  )

18      IT IS HEREBY STIPULATED between the parties, Michele Beckwith,
19 Assistant United States Attorney, and Douglas J. Beevers, Assistant
20 Federal Defender, attorney for defendant SOCORRO TORRES-PERALTA, that the
21 status conference of September 9, 2010 be vacated, and the matter be set
22 for status conference on September 23, 2010 at 9:00 a.m.
23      The reason for the continuance is to allow the parties additional
24 time to negotiate a resolution to this matter. The parties agree a
25 continuance is necessary for this purpose, and agree to exclude time
26 under the Speedy Trial Act accordingly.
27 ///
28

1  IT IS STIPULATED that the period from the signing of this Order, up
2 to and including the September 23, 2010 status conference, be excluded in
3 computing the time within which trial must commence under the Speedy
4 Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
5 for ongoing preparation of counsel.
6 Dated: September 8, 2010

                Respectfully submitted,

                DANIEL BRODERICK
                Federal Defender

                */s/ Douglas Beevers*
                _____
                DOUGLAS BEEVERS
                Assistant Federal Defender
                Attorney for Defendant
                SOCORRO TORRES-PERALTA

14 Dated: September 8, 2010

                BENJAMIN B. WAGNER
                United States Attorney

                */s/ Michele Beckwith*
                _____
           By:  Michele Beckwith
                Assistant U.S. Attorney

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 9, 2010, be continued to September 23, 2010 at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the September 23, 2010 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated: September 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE