```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHELE BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8            IN THE UNITED STATES DISTRICT COURT
 9           FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) No. 2:10-cr-00230-MCE
                                 )
12          Plaintiff,            )
                                 )
13       v.                       ) STIPULATION AND ORDER TO
                                 ) CONTINUE STATUS CONFERENCE
14  SOCORRO TORRES-PERALTA,       )
                                 )
15          Defendant.            )
                                 )
16  _____)
17
```

18      IT IS HEREBY STIPULATED between the parties, Michele
19 Beckwith, Assistant United States Attorney, and Douglas Beevers,
20 Assistant Federal Defender, attorney for SOCORRO TORRES-PERALTA,
21 that the status conference of September 23, 2010 be vacated, and
22 the matter be set for status conference on September 30, 2010 at
23 9:00 a.m.
24      Additional time is needed for the parties to negotiate a
25 resolution of this matter, which the parties anticipate will be
26 achieved by September 30, 2010.  The parties agree that a
27 continuance is necessary for this purpose, and agree to exclude
28 time under the Speedy Trial Act accordingly.

1

1  IT IS STIPULATED that the period from the signing of the
2 proposed order, up to and including the September 30, 2010 status
3 conference, be excluded in computing the time within which trial
4 must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §
5 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of
6 counsel.

8 Dated:  September 9, 2010           Respectfully submitted,
9                                     BENJAMIN B. WAGNER
                                      United States Attorney

11                                    /s/ Michele Beckwith
                                  By: Michele Beckwith
12                                    Assistant U.S. Attorney

13 Dated: September 9, 2010            DANIEL BRODERICK
                                       Federal Defender

15                                     /s/ Douglas Beevers
                                       DOUGLAS BEEVERS
                                       Assistant Federal Defender
16                                     Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for September 23, 2010, be continued to September 30, 2010, at 9:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the September 30, 2010, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: September 13, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE