BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00230-MCE |
| Plaintiff, | |
| v. | STIPULATED REQUEST AND ORDER TO WITHDRAW DEFENDANT'S MOTION FOR SENTENCE RELIEF |
| SOCORRO TORRES-PERALTA, | |
| Defendant. | |

On September 30, 2010, the defendant entered a plea of guilty to the single-count indictment charging her with a violation of Title 8, United States Code, Section 1326(a) and (b)(2).  Her plea was entered pursuant to a plea agreement, in which she waived all rights to challenge her conviction or sentence.  This waiver included the right to file any motion to modify or reduce her sentence.  Furthermore, the plea agreement set forth the parties' stipulation that a sentence at the low end of the applicable guidelines range (i.e., forty-six months) was a reasonable sentence.

///

1  On July 29, 2011, the defendant filed a pro se "Motion for
2 Sentence Relief under the Federal Prison Bureau Non-Violent
3 Offender Relife [*sic*] Act 2003."  In August 2011, the undersigned
4 defense counsel communicated with the defendant regarding the
5 fact that her plea waiver barred this motion, and the defendant
6 agreed that the motion should be withdrawn.  Furthermore, the
7 parties agree that, as a matter of law, the defendant is not
8 eligible for early release because she is subject to an
9 immigration detainer and because she has a prior robbery
10 conviction.  See 28 C.F.R. 550.55(b).

11  Based on the foregoing, it is HEREBY STIPULATED by and
12 between the parties, Michele Beckwith, Assistant United States
13 Attorney, and Douglas Beevers, Assistant Federal Defender,
14 attorney for SOCORRO TORRES-PERALTA, that the defendant's July
15 29, 2011 Motion for Sentence Relief should be withdrawn.

Dated:  September 15, 2011            Respectfully submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

                                      */s/ Michele Beckwith*
                                  By: Michele Beckwith
                                      Assistant U.S. Attorney

Dated:  September 15, 2011            DANIEL BRODERICK
                                      Federal Defender

                                      */s/ Douglas J. Beevers*
                                      DOUGLAS J. BEEVERS
                                      Assistant Federal Defender
                                      Attorney for Defendant

1 **ORDER**

2 UPON GOOD CAUSE SHOWN and the stipulation of all parties,
3 the Court grants the request to withdraw the defendant's Motion
4 for Sentence Relief.

5 IT IS SO ORDERED.

Dated: September 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3